UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :
                                     NOTICE OF INTENT TO FILE
     - v. -                       :  INFORMATION

FRANCISCO HOLGUIN,                :  07 Cr. ____

          Defendant.                 **07 CRIM 1153**
- - - - - - - - - - - - - - - - x

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          December 11, 2007

                                   MICHAEL J. GARCIA
                                   United States Attorney

                              By:  _____
                                   PARVIN MOYNE
                                   Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                              By:  _____
                                   DAVID COHEN, ESQ.
                                   Attorney for FRANCISCO HOLGUIN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/07

SULLIVAN