UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

UNITED STATES OF AMERICA,

    -against-

FRANCISCO HOLGUIN,

    Defendant.

No. 07 Crim. 1153 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

By letter dated February 11, 2008, the Government requests a modification of the bail conditions for defendant Francisco Holguin. Specifically, the Government asks this Court to change Defendant Holguin's pre-trial supervision status from "strict" to "regular," which would require Defendant to report by telephone to pre-trial servicions only once a month. (*See* Gov't's Feb. 11, 2008 Ltr. at 2.)

Having found good cause for such a modification on the basis of the Government's representations in its letter, the Government's request to modify Defendant's bail conditions is hereby GRANTED. Defendant Holguin shall be subject to regular pre-trial supervision.

SO ORDERED.

Dated:    New York, New York
          February 15, 2008

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE