

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/08

February 20, 2008

**By Hand**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re: <u>United States v. Francisco Holguin,</u>
> 07 Cr. 1153 (RJS)

Dear Judge Sullivan:

    The Government writes to respectfully request an adjournment of the pre-trial conference currently scheduled for February 21, 2008, at 10:00 a.m. The parties have been in extensive plea negotiations, and believe that they will reach a disposition within the next month. Accordingly, the Government requests an adjournment of approximately one month.

    Should the Court grant the adjournment request, the Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the date of the new conference because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(8).

> Respectfully submitted,
> MICHAEL J. GARCIA
> United States Attorney
>
> By: Parvin Moyne
> Assistant United States Attorney
> (212) 637-2510

cc: David Cohen, Esq. *(by facsimile)*

*Adjourned to March 14, 2008 @ 10am.*

SO ORDERED
Dated: _____
RICHARD J. SULLIVAN
U.S.D.J.