**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2008

**By Hand**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

> Re:   **United States v. Francisco Holguin,**
>       **07 Cr. 1153 (RJS)**

Dear Judge Sullivan:

   The Government writes to respectfully request a date for a plea on March 25, 2008, or some other date the week of March 24, 2008. The parties have been in extensive plea negotiations, and believe that the defendant will be ready to enter a plea at the next conference date. The Government will forward all plea materials to the Court in advance of the plea date.

   The Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the date of the plea because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8).

Respectfully submitted,
MICHAEL J. GARCIA
United States Attorney

By: Parvin Moyne
  Assistant United States Attorney
  (212) 637-2510

*Status adjourned to March 25 @ 10:30AM.*

**SO ORDERED**
Dated: 3/19/08   RICHARD J. SULLIVAN
       U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08
```

cc: David Cohen, Esq. *(by facsimile)*