

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

April 8, 2008

**By Hand & E-mail**

Honorable Richard J. Sullivan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4\8\08
```

      Re:    <u>United States v. Francisco Holguin,</u>
               07 Cr. 1153 (RJS)

Dear Judge Sullivan:

      The Government writes to respectfully request an adjournment of the status conference currently scheduled for April 8, 2008. The parties have been in extensive plea negotiations, and expect to finalize the plea agreement by tomorrow, April 8. However, defense counsel is unavailable for a conference tomorrow because he has a scheduled appearance before another Court. Accordingly, the Government requests an adjournment of the status conference, and instead respectfully requests that the Court schedule the case for a plea on April 11, 2008, at 11:30 a.m.

      Should the Court grant the adjournment request, the Government further respectfully requests (with the consent of defense counsel) that the Court exclude the time under the Speedy Trial Act until the date of the plea because the ends of justice served by excluding time under the Speedy Trial Act outweigh the best interest of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. § 3161(h)(8).

*[Handwritten: The parties shall appear for a conference/plea on April 11, 2008 at 11:30 am. The time between today and April 11, 2008 will be excluded pursuant to 18 USC §3161(ch) in the interest of justice.*
*SO ORDERED*
*Dated: 4/8/08*
*RICHARD J. SULLIVAN, U.S.D.J.]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

      _s/Parvin Moyne_____
      By: Parvin Moyne
      Assistant United States Attorney
      (212) 637-2510

cc:    David Cohen, Esq. *(by facsimile)*